PIEKARSKI &. BRELSFORD, P.C.
2942 N 24th St., Ste. 109
Phoenix AZ 85016
Phone: (602) 956-1161
Fax: (480) 247-4383
Christopher J. Piekarski, AB# 019251
Nathan J. Brelsford, AB# 024853
Attorneys for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>DANIEL C. GOFF and KAREN J. GUNDERSEN-GOFF<br><br>Debtor(s). | Case No.: 2:09-bk-06785-RTB<br><br>RESPONSE TO OBJECTION TO DEBTORS' CHAPTER 13 PLAN (filed by Ford Motor Credit Company LLC) |

Debtor(s), DANIEL C. GOFF and KAREN J. GUNDERSEN-GOFF, by and through undersigned counsel, hereby respond to Ford Motor Credit Company LLC ("Ford") Objection to Debtors' Chapter 13 Plan and moves this Court for an order overruling the objection. This response is supported by the following:

Ford is objecting to the Debtors' Plan because it is proposing to pay Ford less than the full amount of its claim. Ford alleges that the claim is subject to the provisions of hanging paragraph of 11 U.S.C. § 1325(9) which states in pertinent part:

> For purposes of paragraph (5), § 506 shall not apply to a claim described in that paragraph if the Creditor has a purchase money security interest securing the debt that is the subject of the claim, the debt was incurred within the 910 day preceding the date of the filing of the petition, and the collateral for that debt consist of a motor vehicle (as defined in § 30102 of Title 49) acquired for the personal use of the debtor, or if the collateral for that debt consist of any other thing of value, if the debt was incurred during the one year period preceding that filing.

- 1

Ford's argument would be valid only if the Debtors "acquired [the vehicle] for the personal use of the debtor[s]". Debtors allege that the vehicle in question was acquired for use in the Debtors' business. Debtors operate a landscaping and maintenance business and were operating the business at the time of acquisition of the vehicle. Furthermore, Debtors allege that at all time the vehicle use has been primary business related.

WHEREFORE, for the reasons as stated above, it is respectfully requested that the Court overrule the creditor's objection to the Debtors' Chapter 13 Plan.

RESPECTFULLY Submitted this 22nd day of July 2009.

PIEKARSKI & BRELSFORD, P.C.

By: /s/ Nathan J. Brelsford
    Nathan J. Brelsford
    Attorney for Debtors

Copy of the foregoing mailed
this 22nd day of July 2009 to:

Alan M. Levinsky
BUCHALTER NEMER
16435 North Scottsdale Road, Suite 440
Scottsdale, AZ 85254

Daniel C. Goff
Karen J. Gundersen-Goff
24421 N. 59th Ave.
Glendale, Arizona 85310
Debtors

Edward J. Maney
P.O. Box 10434
Phoenix, Arizona 85064
Trustee

/s/ NJB